# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond Division

In re: **ROBERT ANTON DILWORTH**　　　　　　　　Case No. 21−33315−KLP
**20008 River Road**　　　　　　　　　　　　　　　　　Chapter 13
**Sutherland, VA 23885**
　　　xxx-xx- 4885
　　　　　　　　**Debtor.**

## ORDER CONFIRMING PLAN

The Chapter 13 Plan filed by the Debtor on September 8, 2022 replaces all previously filed plans if any, having been transmitted to all creditors; the objection of Ella Ruth Dilworth having been resolved pursuant to the terms and conditions contained herein; and it having been determined that the plan meets each of the requirements of 11 U.S.C. § 1325(a);

**It is ORDERED that:**

(1) The Plan as filed or modified is CONFIRMED.
(2) Upon entry of this order, all property of the estate shall revest in the Debtor. Notwithstanding such revesting, the Debtor shall not encumber, refinance, sell or otherwise convey real property without first obtaining an order of approval from this Court.
(3) All funds received by the Chapter 13 Trustee on or before the date of an order of dismissal shall be disbursed to creditors, unless such disbursement would be de minimis, in which case the funds may be disbursed to the Debtor(s) or paid into the Treasury registry fund account of the Court, at the discretion of the Trustee. All funds received by the Chapter 13 Trustee after the date of the entry of the order of dismissal shall be refunded to the Debtor(s) at their address of record.
(4) Notwithstanding any language contained in the plan, the deadline to file objections to claims is governed by Eastern District of Virginia Standing Order No. 15-4.
(5) The holder of each secured claim provided for in paragraphs 4A or 4D of the plan shall retain the lien securing such claim until the earlier of i) the payment of the underlying debt determined under nonbankruptcy law or ii) discharge under section 1328 or iii) such lien is otherwise avoided by separate Court order entered in this case or associated adversary proceeding. If this case is dismissed or converted without completion of the plan, such lien shall be retained by such holder to the extent recognized by applicable nonbankruptcy law.

(6) Other provisions:
   a. The Debtor shall sell the real property located at 20008 River Road, Sutherland, VA with closing to occur within ninety (90) days from the entry of this Order and the net proceeds from said sale shall be remitted to the Chapter 13 Trustee. Should the Debtor fail to close within the said 90-day period, Ella Ruth Dilworth shall be granted relief from the automatic stay in accordance with the terms contained in a consent order to be entered in connection with a Motion for Relief to be filed by Ella Ruth Dilworth.

Dated: Dec 9 2022

/s/ Keith L Phillips
United States Bankruptcy Judge

Entered On Docket: Dec 9 2022

I ASK FOR THIS:

/s/ Carl M. Bates
Carl M. Bates, Chapter 13 Trustee
P. O. Box 1819
Richmond, VA 23218
Telephone: (804) 237-6800

SEEN AND AGREED TO:

/s/ James E. Kane
James E. Kane (VSB #30081)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, Virginia  23219
Telephone: (804) 225-9500
Facsimile: (804) 225-9598
Email: jkane@kaneandpapa.com
*Counsel for Debtor*

/s/ George P. Eliades II
George P. Eliades II (VSB #38314)
The Eliades Law Firm P.L.L.C.
14000 North Enon Church Road
Chester, VA  23836
Richmond, VA 23230
Tel.: (804) 541-1941
Fax: (804) 541-2673
Email: george@eliadeslawfirm.com
*Counsel for Ella Ruth Dilworth*

**Certification of Counsel**

I hereby certify that this Order has been endorsed by all necessary parties.

                                                /s/ James E. Kane
                                                   James E. Kane

## Service List

Carl M. Bates, Chapter 13 Trustee
P. O. Box 1819
Richmond, VA 23218

James E. Kane, Esquire
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, Virginia  23219

George P. Eliades, Esquire
The Eliades Law Firm P.L.L.C.
14000 North Enon Church Road
Chester, VA  23836

Robert Anton Dilworth
20008 River Road
Sutherland, VA 23885